## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE D'ARIENZO,<br><br>    Plaintiff<br><br>v.<br><br>NEUBLOC, LLC, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00689-APG-EJY<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 9] |

In light of the amended complaint (ECF No. 10),

I ORDER that the motion to dismiss **(ECF No. 9) is DENIED as moot** because it is directed at the original complaint.

DATED this 11th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE