UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRSTINE D'ARIENZO,<br><br>Plaintiff,<br><br>v.<br><br>NEUBLOC, LLC, a California limited liability company; AVIE HOLDINGS, LLC, a Nevada limited liability company; TEQSPRING, INC., a Nevada corporation; TEQNIKSOFT, LLC, a Nevada limited liability company; TRIBUTARY PUBLISHING INC., a Delaware corporation; DOES 1-10 business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00689-APG-EJY<br><br>**ORDER** |

Before the Court is the Stipulation and [Proposed] Order to Place this Matter into Early Neutral Evaluation program. ECF No. 15. The parties apparently seek an early resolution process for this wage and hour class action that would not otherwise receive such attention from the Court. The Court will order an early settlement conference before the undersigned.

Accordingly, IT IS HEREBY ORDERED that the Stipulation and [Proposed] Order to Place this Matter into the Early Neutral Evaluation program (ECF No. 15) is GRANTED. An order providing the specific date and time for such conference will follow shortly.

Dated this 14th day of May, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1