JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorneys for Defendants*
NEUBLOC, LLC; AVIE HOLDINGS, LLC;
TEQSPRING, INC; TEQNIKSOFT, LLC;
& TRIBUTARY PUBLISHING INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINE D'ARIENZO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEUBLOC, LLC, a California limited liability company; AVIE HOLDINGS, LLC, a Nevada limited liability company; TEQSPRING, INC., a Nevada corporation; TEQNIKSOFT, LLC, a Nevada limited liability company; TRIBUTARY PUBLISHING INC., a Delaware corporation; DOES 1-10 business entities, forms unknowns; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants.<br>_____<br>NEUBLOC, LLC, a California limited liability company; and TRIBUTARY PUBLISHING INC, a Delaware corporation;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>KRISTINE D'ARIENZO, an individual;<br><br>Counter-Defendant, | Case No.  2:20-cv-00689-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

The Parties hereby stipulate to extend the deadline for Counter-Plaintiffs to file their

response to Counter-Defendant's Motion to Dismiss and agree as follows:

1. On May 29, 2020, Counter-Plaintiffs filed a Counterclaim against Counter-Defendant alleging fraud, conversion, unjust enrichment, and a violation of NRS 200.620.

2. On June 19, 2020, Counter-Defendant filed a Motion to Dismiss, with Counter-Plaintiff's Response being due on July 3, 2020.

3. Counter-Plaintiffs' attorney is a solo practitioner and had a pre-scheduled plan to be out of town during that time period. Accordingly, the Parties have agreed to allow Counter-Plaintiffs additional time to file their response to the Motion to Dismiss.

4. Accordingly, the Parties stipulate and agree that the deadline for Counter-Plaintiff to file a response to the Motion to Dismiss should be extended from July 3, 2020 to July 10, 2020.

5. A trial date has not yet been set in this matter and no other deadlines are affected by this stipulation.

6. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: July 25, 2020                                          Dated: July 25, 2020

By:   /s/ Jeffrey Gronich, Esq.                               By:   /s/ Alexander M.P. Perry, Esq.
Jeffrey Gronich, Esq. (#13136)                                Alexander M.P. Perry, Esq. (#14749)
Jeffrey Gronich, Attorney at Law, P.C.                        Champion Law Firm PLLC
1810 E. Sahara Ave, Suite 109                                 8965 S. Eastern Ave., Suite 120-I
Las Vegas, NV 89104                                           Las Vegas, NV 89123

*Attorneys for Counter-Plaintiffs*                            *Attorneys for Counter-Defendant*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 25, 2020.