JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorneys for Defendants*
*NEUBLOC, LLC; AVIE HOLDINGS, LLC;*
*TEQSPRING, INC; TEQNIKSOFT, LLC;*
*& TRIBUTARY PUBLISHING INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE D'ARIENZO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEUBLOC, LLC, a California limited liability company; AVIE HOLDINGS, LLC, a Nevada limited liability company; TEQSPRING, INC., a Nevada corporation; TEQNIKSOFT, LLC, a Nevada limited liability company; TRIBUTARY PUBLISHING INC., a Delaware corporation; DOES 1-10 business entities, forms unknowns; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants.<br>_____<br>NEUBLOC, LLC, a California limited liability company; and TRIBUTARY PUBLISHING INC, a Delaware corporation;<br><br>Counter-Plaintiffs,<br>vs.<br><br>KRISTINE D'ARIENZO, an individual;<br><br>Counter-Defendant, | Case No.  2:20-cv-00689-APG-EJY<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff / Counter-Defendant, KRISTINE D'ARIENZO, and Defendants / Counter-Plaintiffs NEUBLOC, LLC, a California limited liability company; AVIE HOLDINGS, LLC, a Nevada limited liability company; TEQSPRING, INC., a Nevada corporation; TEQNIKSOFT, LLC, a Nevada limited liability company; TRIBUTARY PUBLISHING INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

Each Party shall bear its own costs and fees

Dated: September 14th, 2020

By: /s/ Jeffrey Gronich, Esq.
Jeffrey Gronich, Esq. (#13136)
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104

*Attorneys for Defendants / Counter-Plaintiffs*

Dated: September 14, 2020

By: _____
Alexander M.P. Perry, Esq. (#14749)
Champion Law Firm PLLC
8965 S. Eastern Ave., Suite 120-I
Las Vegas, NV 89123

*Attorneys for Plaintiff / Counter-Defendants*

**IT IS SO ORDERED**

Dated this 15th day of September, 2020

_____
UNITED STATES DISTRICT JUDGE